## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE LOIS BLOOM                    DATE : 12/19/16

DOCKET NUMBER:  16CR640 (DLI)                   FTR # : 3:20 - 4:45

DEFENDANT'S NAME :  DAVID LEVY
     ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL:   Mike Sommer
     ___ Federal Defender    ___ CJA    ✓ Retained

A.U.S.A:  LAUREN ELBERT, Winston Paes        CLERK:   SM YUEN
          Alicyn Cooley, Sarah Evans
INTERPRETER :  _____  (Language) _____

_X_ Defendant arraigned on the : _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  _X_ Defendant's first appearance.

_X_ Bond set at  $2 million . Defendant _X_ released ___ held pending
_X_ satisfaction of bond conditions.  with $200,000 cash bail to be
_X_ Defendant advised of bond conditions set by the Court and signed the bond.  posted.
_2_ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered. Start 12/19/16  Stop 1/12/17

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

_X_ Status conference set for  1/12/17 @ 11AM  before Judge Irizarry

Other Rulings : _____