CRIMINAL CAUSE FOR ARRAIGNMENT (as to deft. 7 only) AND STATUS CONFERENCE

Before:   Dora L. Irizarry, Chief U.S.D.J.   Date: 1/12/2017        Time in Court: 0:50

Docket Number:   16-CR-640 USA v. Nordlicht et al.

| Deft: | Mark Nordlicht (1) | Attorney: | Andrew J. Levander, Jeffrey and Shriram Harid |
|---|---|---|---|
| Deft: | David Levy (2) | Attorney: | Michael S. Sommer and Morris Fodeman |
| Deft: | Uri Landesman (3) | Attorney: | Gregory J. O'Connell |
| Deft: | Joseph Sanfilippo (4) | Attorney: | Kevin J. O'Brien and Adam C. Ford |
| Deft: | Joseph Mann (5) | Attorney: | Benjamin Fischer and Jonathan S. Sack |
| Deft: | Daniel Small (6) | Attorney: | Scott B. Klugman, Seth L. Levine, and David J. Lizmi |
| Deft: | Jeffrey Shulse (7) | Attorney: | F. Andino Reynal |

AUSA(s):   Winston Paes, Alicyn Cooley, Lauren Elbert, and Sarah Evans

Duty CJA attorney (re Curcio/Deft. 4):        Stuart Grossman

Court Reporter:        Linda Marino        Courtroom Deputy:        Christy Carosella

- Mr. O'Connell (appearing on behalf of deft. 3 Uri Landesman) shall file a notice of appearance via ECF forthwith.
- Defendant Shulse (deft. 7) arraigned on the indictment – waives formal reading and pleads NOT GUILTY to all counts in which he is charged (6, 7, and 8).
- Government has circulated and received comments regarding proposed protective order; will be submitted to the Court when finalized.
- Mr. Paes details discovery the government will be producing electronically on a rolling basis starting toward the end of this month. Government will also provide index to counsel.
- Case designated as complex without objection.
- Further Status Conference scheduled for March 27, 2017 at 11:00 AM in courtroom 4 A South.
- Order of excludable delay entered between January 12 and March 27, 2017.
- Bond as to Mr. Shulse set with changes stated on the record. Mr. Shulse, through counsel, advises that expired passport has been destroyed.
- All parties advised of the Court's procedure for requests to modify bond conditions.
- Deft. Nordlicht's request to expand permitted travel to the state of Connecticut, for reasons stated, is granted without objection. Mr. Nordlicht is permitted to have contact with his wife, parents, children, sister, and brother-in-law as long as they do not discuss the facts of this case; however prohibition on contact with other investors remains in effect.
- Joint request by defts. Nordlicht and Levy to lift the condition of their bonds which prohibits contact between them, opposed by the Government, is denied. The prohibition stands.
- Deft. Landesman's requests for modification to his bond are referred to the duty magistrate judge.
- Landesman's request to be excused from personally appearing in court for non-substantive conferences (details stated) is granted in light of his medical condition.