

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

March 15, 2017

**VIA CM/ECF**

The Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-DLI

Dear Chief Judge Irizarry,

      We represent defendant David Levy in connection with the above-referenced matter.  We respectfully request that Court permit Mr. Levy to attend a family vacation in Bryce Canyon and Zion National Parks.  The vacation is scheduled for June 18 through June 25, 2017.

      Among the conditions of his bond, Mr. Levy may not leave the Southern District of New York, the Eastern District of New York, or the District of New Jersey without the Court's permission.  We respectfully request that the Court grant Mr. Levy permission to travel to Utah, Arizona, and Nevada for the period from June 18 through June 25, 2017.  Should the Court grant his request, Mr. Levy will of course commit to abiding by the other conditions of his bond.

      We have discussed this request with Pretrial Services who has no objection to Mr. Levy's travel so long as he otherwise abides by the conditions of his bond.  We have also raised the request with the government and they have no objections.

      Thank you for your consideration.

      Respectfully submitted,

      WILSON SONSINI GOODRICH & ROSATI
      Professional Corporation

      s/ Morris J. Fodeman
      Morris J. Fodeman

cc: Counsel of Record (via CM/ECF)