

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMK:ALC
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 10, 2017

BY HAND DELIVERY AND ECF

The Honorable Dora L. Irizarry
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Mark Nordlicht, et al.
        Criminal Docket No. 16-640 (DLI)

Dear Chief Judge Irizarry:

    The government respectfully submits this letter in response to the letter of counsel for the defendant Mark Nordlicht (the "defendant") filed on April 7, 2017 in the above-captioned case (the "April 7 Letter"). See ECF No. 107. At the March 27, 2017 status conference, the Court scheduled the next status conference for May 12, 2017 and indicated that, at that appearance, a motion briefing schedule would be set in the event that the defendant sought to pursue a motion relating to his allegations of unauthorized disclosure of grand jury material. Contrary to those directives, defense counsel filed the April 7 Letter. The government respectfully submits that, in lieu of inflammatory letters untethered to a motion, such as the April 7 Letter, the defendant should file a formal motion in which he seeks a specific remedy and provides the legal bases for his requested relief. Once he has done so, the government

respectfully requests that the Court set a briefing schedule, and the government will timely file a response to the defendant's motion.

                                            Respectfully submitted,

                                            BRIDGET M. ROHDE
                                            Acting United States Attorney

                              By:    /s/ Alicyn L. Cooley
                                            Alicyn L. Cooley
                                            Lauren Howard Elbert
                                            Sarah M. Evans
                                            Assistant U.S. Attorneys
                                            (718) 254-6389 (Cooley)

cc:     Clerk of the Court (DLI) (by ECF)
         William Burck, Esq. (by ECF and E-mail)