

ALC/LHE/SME            *271 Cadman Plaza East*
F. #2016R00505          *Brooklyn, New York 11201*

April 12, 2017

**By ECF and Email**

William A. Burck, Esq.            Michael S. Sommer, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP    Wilson Sonsini Goodrich & Rosati P.C.
777 6th Street NW, 11th Floor         1301 Avenue of the Americas, 40th Floor
Washington, D.C. 20001           New York, New York 10019

Gregory J. O'Connell, Esq.         Kevin J. O'Brien, Esq.
De Feis O'Connell & Rose, P.C.       Ford O'Brien LLP
500 Fifth Avenue, Suite 2630        85 Broad Street, 28th floor
New York, New York 10110         New York, New York 10004

Jonathan S. Sack, Esq.            Seth L. Levine, Esq.
Morvillo, Abramowitz, Grand, Iason &    Levine Lee LLP
Silberberg P.C.                  650 Fifth Avenue, 13th Floor
565 Fifth Avenue               New York, New York 10019
New York, New York 10017

Michael D. Mann, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

         Re:     United States v. Mark Nordlicht, <u>et al</u>.
                 <u>Criminal Docket No. 16-640 (DLI)</u>

Dear Counsel:

       Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017 and April 3, 2017. The government again requests reciprocal discovery from the defendants.

       The government has made available at First Choice Copy ("First Choice"), for reproduction to the defendants, emails and other documents pertaining to the following

custodians that were recovered through the search executed at the offices of Platinum Partners on June 22, 2016:

- Brian Jedwab:  EDNY-PP-SW1-009416519 - EDNY-PP-SW1-009530371;

- Gilad Kalter:  EDNY-PP-SW1-009530372 - EDNY-PP-SW1-009636263;

- Trey Rogers:  EDNY-PP-SW1-009636264 - EDNY-PP-SW1-009841610;

- Ari Hirt:  EDNY-PP-SW1-009841611 - EDNY-PP-SW1-010403984;

- David Bodner and Murray Huberfeld:  EDNY-PP-SW1-010403985 - EDNY-PP-SW1-010599205;

- Andrew Kaplan:  EDNY-PP-SW1-010599206 - EDNY-PP-SW1-011116202;

- Avi Newmark and Marcus Fox:  EDNY-PP-SW1-011116203 - EDNY-PP-SW1-011331531;

- David Steinberg:  EDNY-PP-SW1-011331532 - EDNY-PP-SW1-013167433;

- Eli Rakower:  EDNY-PP-SW1-013167434 - EDNY-PP-SW1-013208404;

- Gilad Kalter:  EDNY-PP-SW1-013208405 - EDNY-PP-SW1-013208923;

- Jack Simony:  EDNY-PP-SW1-013208924 - EDNY-PP-SW1-013323123; and

- Samuel Salfati:  EDNY-PP-SW1-013323124 - EDNY-PP-SW1-013324552.

You may obtain copies of the materials listed above by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email.  First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

By:    _____/s/_____
Alicyn L. Cooley
Lauren H. Elbert
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6389 (Cooley)

cc:    Clerk of the Court (DLI) (by ECF) (w/o enclosures)