

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 3, 2017

**By ECF and Email**

William A. Burck, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001

Michael S. Sommer, Esq.
Wilson Sonsini Goodrich & Rosati P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

Gregory J. O'Connell, Esq.
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, Suite 2630
New York, New York 10110

Kevin J. O'Brien, Esq.
Ford O'Brien LLP
575 Fifth Avenue, 17th Floor
New York, New York 10017

Jonathan S. Sack, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg P.C.
565 Fifth Avenue
New York, New York 10017

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

Michael D. Mann, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

Re: United States v. Mark Nordlicht, et al.
Criminal Docket No. 16-640 (DLI)

Dear Counsel:

Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017, April 3, 2017, April 12, 2017, April 26, 2017, May 5, 2017, May 11, 2017, May 26, 2017, June 16, 2017 and June 20, 2017. The government again requests reciprocal discovery from the defendants.

Defense Counsel
July 3, 2017
Page 2

        The government has made available at First Choice Copy ("First Choice"), for reproduction to the defendants, the following:

- Electronic copies of hard copy materials that were recovered through the search executed at the offices of Platinum Partners on June 22, 2016, and were seized from the locations described below:

    o An office associated with Brian Jedwab and Naftali Manela: EDNY-PP-HC-000030054 – EDNY-PP-HC-000030155;

    o Offices associated with David Bodner and Murray Huberfeld: EDNY-PP-HC-000030156 – EDNY-PP-HC-000030289, EDNY-PP-HC-000030290 – EDNY-PP-HC-000030304 and EDNY-PP-HC-000030305 – EDNY-PP-HC-000030347;

    o An office associated with the defendant Uri Landesman: EDNY-PP-HC-000030348 – EDNY-PP-HC-000030449 and EDNY-PP-HC-000030450 – EDNY-PP-HC-000030534;

    o Various generally accessible cubicles and filing cabinets: EDNY-PP-HC-000027949 – EDNY-PP-HC-000030053 and EDNY-PP-HC-000030535 – EDNY-PP-HC-000061244.

- Materials obtained from the following entities and individuals:

    o BDO, USA LLP: BDO-PLAT-DOJ-00000001 – BDO-PLAT-DOJ-0056894

    o New Mountain Finance Corporation: NMFC000000001 – NMCFC00003890

    o Phoenix Investment Adviser LLC: PHNX000001 – PHNX000326

    o An individual formerly associated with Phoenix Investment Adviser LLC: JSZ-000000001 – JSZ-000000126

Defense Counsel
July 3, 2017
Page 3

- o Platinum Partners Value Arbitrage Fund, L.P. Investors:
    - JH-00000001 – JH-000003104;
    - MK000000001 – MK 000000049;
    - DP-0000000001 – DP-000000252; and
    - AS 000000001 – AS 000001515; SEC-0001 – SEC-0669.

You may obtain copies of these materials by contacting Joseph Meisner at First Choice at 718-381-1480, extension 212, and referencing the print order number provided by email.  First Choice is located at 52-08 Grand Avenue, Maspeth, New York 11378.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

By: _____/s/_____
Alicyn L. Cooley
Lauren H. Elbert
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6389 (Cooley)

cc:     Clerk of the Court (DLI) (by ECF)