

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ALC/LHE/SME
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 6, 2017

**By ECF, Federal Express and Email**

William A. Burck, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th Street NW, 11th Floor
Washington, D.C. 20001

Michael S. Sommer, Esq.
Wilson Sonsini Goodrich & Rosati P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

Gregory J. O'Connell, Esq.
De Feis O'Connell & Rose, P.C.
500 Fifth Avenue, Suite 2630
New York, New York 10110

Kevin J. O'Brien, Esq.
Ford O'Brien LLP
575 Fifth Avenue, 17th Floor
New York, New York 10017

Jonathan S. Sack, Esq.
Morvillo, Abramowitz, Grand, Iason &
Silberberg P.C.
565 Fifth Avenue
New York, New York 10017

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

Michael D. Mann, Esq.
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019

    Re: United States v. Mark Nordlicht, et al.
       Criminal Docket No. 16-640 (DLI)

Dear Counsel:

    Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This disclosure supplements the government's earlier disclosures by letters dated January 23, 2017, January 26, 2017, February 14, 2017, February 24, 2017, March 9, 2017, March 27, 2017, April 3, 2017, April 12, 2017, April 26, 2017, May 5, 2017, May 11, 2017, May 26, 2017, June 16, 2017, June 20, 2017 and July 3, 2017. The government again requests reciprocal discovery from the defendants.

Defense Counsel
July 6, 2017
Page 2

Contained on the enclosed compact disc are the following:

- Electronic copies of hard copy materials recovered through the search executed at the offices of Platinum Partners on June 22, 2016, which were seized from an office associated with the defendant Joseph SanFilippo: EDNY-PP-HC-00061245 – EDNY-PP-HC-00094730.

- Bank records for several accounts (some of which may be duplicative of bank records previously produced to you by the government):

    - EDNY-PP-BR-000327742 – EDNY-PP-BR-000327743;

    - EDNY-PP-BR-000327744 – EDNY-PP-BR-000329272.

- Electronic copies of hard copy materials that were recovered through a search conducted at the offices of Beechwood and the home office of Murray Huberfeld on June 8, 2016, pursuant to search warrants issued by the United States District Court for the Southern District of New York in connection with the United States Attorney's Office for the Southern District of New York's separate investigation:

    - Beechwood Offices: SDNY-PP-BW-000000001 – SDNY-PP-BW-000001840;

    - Huberfeld Home Office: SDNY-PP-HF-000000001 – SDNY-PP-HF-000002312;

    The search warrants and supporting affidavits are included with this production at SDNY-SW-000000001 – SDNY-SW-00000134.

- A letter written by the defendant Jeffrey Shulse: JS 000000001 – JS 000000006.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney
Eastern District of New York

By: _____/s/_____
Alicyn L. Cooley
Lauren H. Elbert
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-6389 (Cooley)

cc: Clerk of the Court (DLI) (by ECF)