**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

July 14, 2017

<u>VIA CM/ECF</u>

AUSA Alicyn L. Cooley
AUSA Lauren H. Elbert
AUSA Sarah Evans
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>*United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-DLI</u>

Dear AUSAs Cooley, Elbert and Evans:

We write on behalf of defendant David Levy in connection with the above-captioned action. As you know, the Court recently granted the Government's motion to stay *Securities and Exchange Commission v. Platinum Management (NY) LLC, et al.*, No. 1:16-cv-06848-DLI-VMS, based in part on the Government's representation that "it will produce to defendants all materials it has received from the SEC allowing defendants to prepare for the civil case during the pendency of the criminal case." *See* Memorandum & Order dated July 7, 2017, at 10 (Dkt. No. 217). Accordingly, please confirm that the Government will produce forthwith all materials it obtains from the SEC, including, but not limited to, all transcripts, memoranda, notes and files concerning any audit or interview conducted by the SEC (whether by the Enforcement Division, the Office of Compliance, or any other office or division of the SEC).

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

<u>s/ Morris J. Fodeman</u>
Morris J. Fodeman
Michael S. Sommer

cc: All Counsel of Record (via CM/ECF)
    Neil Jacobson (via email)
    Sanjay Wadhwa (via email)
    Kevin McGrath (via email)
    Jess Velona (via email)

**WSGR** Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

AUSAs Cooley, Elbert and Evans
July 14, 2017
Page 2 of 2

    Danielle Sallah (via email)
    Andrew M. Calamari (via email)
    Adam Grace (via email)