

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

November 26, 2018

**VIA CM/ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>*United States v. Mark Nordlicht, et al.*</u>, No. 1:16-cr-00640-BMC

Dear Judge Cogan:

    We represent Defendant David Levy in the above-referenced action. We write to request leave to file publicly a redacted version of the motion papers, declaration, and exhibits supporting Defendants' Motion to Dismiss for Prosecutorial Misconduct, filed under seal at Dkt. No. 443 pursuant to the Court's Limited Unsealing Orders, Dkt. Nos. 402, 426. The aforementioned submission contains the names of individuals to which the Court has precluded from being disclosed in public filings under the Limited Unsealing Orders.

                                Respectfully submitted,

                                WILSON SONSINI GOODRICH & ROSATI
                                Professional Corporation

                                <u>*s/ Michael S. Sommer*</u>
                                Michael S. Sommer
                                Morris J. Fodeman

Cc: All Counsel of Record (via CM/ECF)