

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

December 14, 2018

**VIA CM/ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-BMC

Dear Judge Cogan:

    We represent Defendant David Levy in the above-referenced action. We write to respectfully request leave to file under seal Defendants' reply papers in support of Defendants' Motion to Dismiss for Prosecutorial Misconduct and Defendants' Motion to Employ a Jury Questionnaire as Part of *Voir Dire*. Each of these replies quotes from the Government's Response to the Defendants' Motion to Dismiss the Indictment, which the Government requested to file under seal. Although we do not believe the quoted material requires redaction under the terms of the Court's Order denying the Government's request, *see* Dkt. No. 455, in an abundance of caution, we request leave to file these reply papers under seal until the Government has publicly filed their opposition pursuant to the aforementioned Order.

        Respectfully submitted,

        WILSON SONSINI GOODRICH & ROSATI
        Professional Corporation

        *s/ Michael S. Sommer*
        Michael S. Sommer
        Morris J. Fodeman

Cc: All Counsel of Record (via CM/ECF)