

WSGR **Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899
**www.wsgr.com**

February 12, 2019

**VIA CM/ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: _**United States v. Mark Nordlicht, et al.**_, No. 1:16-cr-00640-BMC

Dear Judge Cogan:

We represent Defendant David Levy in the above-captioned matter. We submit this letter in advance of trial to respectfully request that Your Honor allow the following attorneys and trial team members access to the Courthouse with Personal Electronic Device(s) and/or General Purpose Computing Device(s) for the duration of the trial:

| Attorney / Trial Team Member | Device(s) |
|---|---|
| Michael S. Sommer | iPhone; laptop; power cord |
| Morris J. Fodeman | iPhone; laptop; power cord |
| Katherine T. McCarthy | iPhone; laptop; power cord |
| Jae Young Jeong | iPhone; laptop; power cord |
| Zachary M. Kravat | iPhone; laptop; power cord |
| Lee Ann Almeida | iPhone; laptop; power cord; various trial supplies |
| Anthony M. Geritano | iPhone; laptop; power cord; various trial supplies |
| Dwain Lee | iPhone; laptop; power cord; various trial supplies |
| Technical Support Personnel from Aquipt, Inc. | iPhone(s); laptop(s); power cords; monitors; printer; computer cables, etc. |
| Technical Support Personnel from Digital Evidence Group LLC | iPhone(s); laptop(s); power cords; monitors; printer; computer cables, etc. |



The Honorable Brian M. Cogan
February 12, 2019
Page 2 of 2

        We also respectfully request that Your Honor allow Mr. Levy and his wife access to the
Courthouse with their iPhone(s) for the duration of the trial in an effort to facilitate the care of their
minor children.


                                        Respectfully submitted,

                                        WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                        *s/ Michael S. Sommer*
                                        Michael S. Sommer
                                        Morris J. Fodeman


cc:  All Counsel of Record (via CM/ECF)



**SO ORDERED.**



Dated:


                        _____
                                Brian M. Cogan, U.S.D.J.