# Attachment B



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALC/DCP/PTH
F.#2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 21, 2019

By E-mail

Jose Baez, Esq.
The Baez Law Firm
40 SW Thirteenth Street, Suite 901
Miami, Florida 33130

Kevin J. O'Brien, Esq.
Ford O'Brien LLP
575 Fifth Avenue, 17th Floor
New York, New York 10017

Michael S. Sommer, Esq.
Wilson Sonsini Goodrich & Rosati P.C.
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

Seth L. Levine, Esq.
Levine Lee LLP
650 Fifth Avenue, 13th Floor
New York, New York 10019

Re: United States v. Mark Nordlicht, et al.
Criminal Docket No. 16-640 (BMC)

Dear Counsel:

Below is a list of the witnesses the government currently intends to call in its case-in-chief at the February 19, 2019 trial in the above-captioned matter. The government reserves the right to supplement or modify the below list after today's production, including during the course of the trial.

Julie Amato
Chas Averbook
Jessica Baker
Brett Belliston
Sanjay Bhatia
Tom Brough
Clifford Joseph Bruno
Lily Cheung
Dennis Corkran
John Czapla
George Duch
Kelsey Gallegos
Arthur Garza
William Gordon
Murray Grenville

Abraham Gulkowitz
John Hoffman
Scott Howard
Keith Hubbard
John Huth
Amber Jordan
Andrew Kaplan
Richard Kasnett
Mani Katari
Michelle Keyes
Carlos Koo
John Kosir
Joshua Kramer-Eisenbud
Nicole Kubin
Ryan Landry
Jed Latkin
Mark Leben
Jay Levy
Daniel Mandelbaum
Naftali Manela
Rafael Martinez
Keith McGowan
Mark McMahon
Brook Middleton
Lonnie Murphy
Alexis Northwood
David Pazandak
Penny Paul
Marizza Piche
Todd Pulvino
Daniel Ramirez
Tom Ramos
Stephen Glynn Roberts
Omar Sarmini
Ken Schott
Jeffrey Schultz
Amir Shaked
Robert Shearer
Wendy Spaulding
Joachim Stroh
Daniel Sun
Tao Tao
Ellie Tinoco
Jack van Oosterbosch
Tammy Warner
Solomon Werdiger
Gordon Wight

Dixon Yee
Abe Zeines
Josh Zeitman

                                        Very truly yours,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

By:     /s/
                                          Alicyn L. Cooley
                                          David C. Pitluck
                                          Patrick T. Hein
                                          Assistant U.S. Attorneys
                                          (718) 254-6389/6108/6284