

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALC/DCP/LHE/PTH
F. #2016R00505

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 10, 2019

BY ECF

The Honorable Sanket J. Bulsara
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Mark Nordlicht, et al.
              Criminal Docket No. 16-640 (BMC)

Dear Judge Bulsara:

      The government submits this letter in response to the Court's order requiring the parties to "submit proposed questions to ask prospective jurors during voir dire, a short description of the case and a list of the names of all persons, entities, and locations that the party expects may be mentioned during the trial." Order dated March 15, 2019. The government respectfully refers the Court to the joint submission filed by the parties on February 14, 2019, prior to a previous jury selection in this case. See ECF Docket No. 552 (Feb. 14, 2019). A copy of the previous submissions are attached to this motion as Exhibits A and B. As noted in the parties' submission, there are certain topics as to which the parties were unable to agree on the inclusion or specific wording of a proposed question and sought a ruling from the Court. Those are noted in the attached document and relate to the following proposed questions: 4, 5, 13, 24, 28, 29, 34, 42-44, 45 and 56. At the prior jury selection, Judge Cogan incorporated a small subset of the voir dire questions proposed by the parties.

      The defendants wishfully construe the Court's March 15 Order as enabling them to reopen the issue of whether a jury questionnaire should be used and have proposed questionnaires to be used at jury selection. The defendants did not mention that Judge Cogan has already twice denied the defendants' motion for a jury questionnaire after the government opposed it, and that decision is the law of the case. Prior to the February trial date, Judge Cogan denied the defendants' pre-trial motion for a jury questionnaire. See Tr. of Proceedings dated Jan. 11, 2019, at 4 ("I really don't think it's necessary to have a questionnaire. I'm going to deny that motion."). And on March 7, 2019, following the dismissal of the jury empaneled in February, Judge Cogan again denied the defendants' renewed request for a jury questionnaire. See Tr. of Proceedings dated Mar. 7, 2019, at 20. After counsel for the defendant David Levy asked to "submit a proposed questionnaire for Your Honor's consideration." The Court denied that request, stating, "we are going to stick with the selection process I previously identified in

the order." Id. at 20-21. Judge Cogan's Order is binding and was made more than a month ago. Yet on the eve of jury selection, the defendants are attempting to relitigate their failed motion for a jury questionnaire before a different judge. The defendants' eleventh-hour proposal of a questionnaire ignores the law of the case and is untenable and inefficient. The process of handing out a jury questionnaire, waiting for the jurors to complete it, photocopying hundreds of questionnaires and distributing them to the parties and the Court (which would be undertaken by the government), processing the questionnaires, and moving to strike jurors for cause based on those questionnaires, would take the better part of the trial week of April 15. Indeed, the defendants acknowledge that two full days would be spent dealing with questionnaire before potential jurors are even addressed in Court. Given that the entire jury selection process was completed in less than four days before Judge Cogan (with an additional defendant), the jury questionnaire process would be both unwarranted and an inefficient waste of resources and time in this case. Accordingly, the defendants' request for a jury questionnaire should be denied in full.

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By: _____/s/_____
Alicyn L. Cooley
David C. Pitluck
Lauren H. Elbert
Patrick T. Hein
Assistant U.S. Attorneys
(718) 254-7000

Cc: Clerk of the Court (BMC) (by ECF)
Defense Counsel (by ECF)