

1301 Avenue of the Americas, 40th Floor<br>
New York, NY 10019-6022<br>
PHONE 212.999.5800<br>
FAX 212.999.5899<br>
www.wsgr.com

May 3, 2019

**VIA CM/ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-BMC

Dear Judge Cogan:

  We represent defendant David Levy.

  On Thursday afternoon, AUSA Lauren Elbert said in front of the jury, during colloquy with the Court regarding an objection to a document, that Platinum had "30,000 PPMs." Tr. at 1499:8. I am confident that Ms. Elbert's statement was not designed to prejudice the defense and that it was inadvertently said in front of the jury. But the reality is that the statement stands to substantially prejudice the defense as it is wildly inaccurate and suggests that Platinum was essentially a PPM mill. Accordingly, a curative instruction is necessary, and we propose the following:

> On Thursday afternoon, one of the prosecutors made a comment about the number of PPMs that Platinum issued. The number she mentioned was not by any measure an accurate number, and the comment should not have been made. I instruct you that you may not consider the prosecutor's comment in any way in your thoughts about the case or during your deliberations at the end of the case. I remind you again that the statements of the lawyers are not evidence, and as for the PPMs, those that you may consider will be the ones that are admitted in evidence at this trial.

              Respectfully submitted,

              WILSON SONSINI GOODRICH & ROSATI
              Professional Corporation

              *s/ Michael S. Sommer*
              Michael S. Sommer
              Morris J. Fodeman

Cc: All Counsel of Record (via CM/ECF)