

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

September 16, 2019

**VIA CM/ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *United States v. Mark Nordlicht, et al.*, No. 1:16-cr-00640-BMC

Dear Judge Cogan:

    We represent defendant David Levy in connection with the above-referenced matter. In connection with oral argument on Mr. Levy's motion for acquittal, *see* Dkt. No. 785, we write to inform the Court that Mr. Levy and the undersigned are unavailable on the following dates due to religious holidays and other scheduling conflicts: September 20, October 1, October 4, and October 9-21, 2019. We remain otherwise available for oral argument at the Court's convenience.

                      Respectfully submitted,

                      WILSON SONSINI GOODRICH & ROSATI
                      Professional Corporation

                      *s/ Michael S. Sommer*
                      Michael S. Sommer
                      Morris J. Fodeman

cc:  All Counsel of Record (via CM/ECF)