

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

October 2, 2019

**VIA CM/ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Nordlicht et al*, No. 1:16-cr-640-BMC

Dear Judge Cogan:

In light of the Court's Order granting Mr. Levy's motion for acquittal pursuant to Federal Rule of Criminal Procedure 29, Dkt. No. 800, and the judgment of acquittal on all counts of the Indictment against Mr. Levy, Dkt. No. 801, we respectfully request that the Court order exoneration of Mr. Levy's bond and return of his cash bail. *See* Dkt. Nos. 6, 22. Additionally, we respectfully request that the Court order Pre-Trial Services to release Mr. Levy's passport to him or his counsel.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Morris J. Fodeman*
Michael S. Sommer
Morris J. Fodeman

Cc: All Counsel of Record (via CM/ECF)