# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
__Eastern__ District of __New York__

UNITED STATES OF AMERICA

- against -

DAVID LEVY,

Defendant.

Docket Number __16-CR-640 (BMC)__

__The Honorable Brian M. Cogan__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ; Order __X__ ; Other _____ ; __granting motions for acquittal and new trial__ .
(specify)

entered in this action on __September 27, 2019 and October 2, 2019__ .
(specify)

Offense occurred after November 1, 1987   Yes __X__   No _____ .

The appeal concerns: __order granting motions for judgment of acquittal and new trial__ .

Date __October 4, 2019__       __David C. James, AUSA__
(Counsel for Appellant)

TO:   Michael Sommer, Esq.
 Wilson Sonsini Goodrich & Rosati, P.C.
 1301 Avenue of the Americas, 40th Floor
 New York, NY  10016

Address:   U.S. Attorney's Office - E.D.N.Y.
 271 Cadman Plaza East
 Brooklyn, New York, 11201

Telephone Number:  718-254-6282
E-Mail:           David.James@usdoj.gov

(TO BE COMPLETED BY ATTORNEY)

| ► QUESTIONNAIRE | ► TRANSCRIPT ORDER ► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ___ I am ordering a transcript.<br> _X_ I am not ordering a transcript.<br>Reason:<br>___ Daily copy is available<br>_X_ U.S. Attorney has placed order<br>___ Other. Attach explanation | Dates<br>Prepare transcript of<br>___ Pre-trial proceedings _____<br>___ Trial _____<br>___ Sentence _____<br>___ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ► Method of payment ___ Funds ___ CJA Form 24

ATTORNEY'S signature   /s/ David C. James       Date   October 4, 2019

► COURT REPORTER ACKNOWLEDGMENT     To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
                                    (Court Reporter)

COPY1 - ORIGINAL

*U.S. GPO: 2001-611-552/60