IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    -against-<br><br>MARK NORDLICHT, et al.,<br><br>    Defendants. | Case No. 1:16-cr-00640-BMC |

## MOTION TO WITHDRAW APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Katherine Talbot McCarthy will no longer represent and Defendant David Levy ("Defendant") in the above-captioned case and should be withdrawn as counsel of record. I respectfully request that your Honor direct the Clerk of the Court to remove me as counsel and to remove my name and email address from the Court's ECF/CM notification list for this case.

In support of such motion, and in conformance with Local Rule 1.4, the undersigned counsel states the following:

1. Defendant continues to be represented in this case by other attorneys of record; and
2. The withdrawal of Katherine Talbot McCarthy will not affect any deadlines or causes any delay in this matter.

I declare under penalty of perjury that the foregoing statements are true and correct.

| | |
|---|---|
| Dated: February 8, 2021 | Respectfully submitted, |
| | WILSON SONSINI GOODRICH & ROSATI<br>Profession Corporation |
| | /s/ *Katherine Talbot McCarthy*<br>Katherine Talbot McCarthy<br>1301 Avenue of the Americas, 40th Fl.<br>New York, New York 10019<br>Tel:  (212) 999-5800<br>Fax:  (212) 999-5899<br>Email:  kmccarthy@wsgr.com |
| | *Counsel for Defendant David Levy* |