

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

MORRIS J. FODEMAN
Internet: MFODEMAN@wsgr.com
Direct dial: 212.497.7704

May 24, 2022

<u>VIA CM/ECF</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>United States v. Mark Nordlicht, et al.</u>, No. 1:16-cr-00640-BMC

Dear Judge Cogan:

  We represent David Levy in the above-captioned matter. We write to respectfully request an adjournment of Mr. Levy's sentencing, currently scheduled for June 1, 2022. On May 17, 2022, the parties received Mr. Levy's Presentence Investigation Report ("PSR") from the Probation Department. As Mr. Fodeman is currently in trial before Judge Edward R. Korman, we respectfully request that Mr. Levy's sentencing be adjourned to the week of July 11, 2022, so that defense counsel may have sufficient opportunity to review and object to the PSR. The government does not oppose this request.

             Respectfully submitted,

             WILSON SONSINI GOODRICH & ROSATI
             Professional Corporation


             <u>*s/ Morris J. Fodeman*</u>
             Morris J. Fodeman
             Michael S. Sommer

             *Counsel for David Levy*


cc: All Counsel of Record (via CM/ECF)