# EXHIBIT 2





DEFENSE EXHIBIT
DX-3076
16 CR 640 (BMC)

TEXDEPEX000693

## Ownership in B Asset Manager, LP

0.1% of Class A and Class B Interests are held by B Asset Manager GP LLC, which is wholly owned by Mark Feuer

| As of April 01, 2016<br>Beneficiary: | 99.9% of Class A Interests all held by Beechwood Asset Management Trust I | 99.9% of Class B Interests all held by Beechwood Asset Management Trust II |
|---|---|---|
| Scott Taylor | 10.34481% | 16.6670% |
| Mark Feuer | 20.68964% | 33.3330% |
| Dahlia Kalter | 4.99000% | 4.9900% |
| Rachel Goldie Nordlicht | 2.61661% | 1.6680% |
| Noah Morris Nordlicht | 2.61661% | 1.6680% |
| Emma Bailey Nordlicht | 2.61661% | 1.6680% |
| Sarah Paulina Nordlicht | 2.61661% | 1.6680% |
| Jack Henry Nordlicht | 2.61661% | 1.6690% |
| Ava Ruth Nordlicht | 2.61662% | 1.6690% |
| Moshe Bodner | 2.58620% | 1.8750% |
| Aaron Bodner | 2.58621% | 1.8750% |
| Eliezer Bodner | 2.58621% | 1.8750% |
| Tzipporah Rottenberg | 2.58621% | 1.8750% |
| Rochel Fromowitz | 2.58621% | 1.8750% |
| Yissochar Bodner | 2.58621% | 1.8750% |
| Yaakov Bodner | 2.58621% | 1.8750% |
| Mordechai Bodner | 2.58621% | 1.8750% |
| Jessica G. Beren | 4.13793% | 3.0000% |
| Rachel M. Jacobs | 4.13793% | 3.0000% |
| Alexander J. Huberfeld | 4.13793% | 3.0000% |
| Ariella D. Huberfeld | 4.13794% | 3.0000% |
| Jacob E. Huberfeld | 4.13794% | 3.0000% |
| David I Levy | 6.89654% | 5.0000% |
| Total | 100.00000% | 100.0000% |

TEXDEPEX000694



TEXDEPEX000695

## Ownership in B Asset Manager II, LP

0.1% of Class A and Class B Interests are held by B Asset Manager II GP LLC, which is wholly owned by Mark Feuer

| As of April 01, 2016<br>Beneficiary: | 99.9% of Class A Interests all held by Beechwood Asset Management Trust I | 99.9% of Class B Interests all held by Beechwood Asset Management Trust II |
|---|---|---|
| Scott Taylor | 10.34481% | 16.6670% |
| Mark Feuer | 20.68964% | 33.3330% |
| Dahlia Kalter | 4.99000% | 4.9900% |
| Rachel Goldie Nordlicht | 2.61661% | 1.6680% |
| Noah Morris Nordlicht | 2.61661% | 1.6680% |
| Emma Bailey Nordlicht | 2.61661% | 1.6680% |
| Sarah Paulina Nordlicht | 2.61661% | 1.6680% |
| Jack Henry Nordlicht | 2.61661% | 1.6690% |
| Ava Ruth Nordlicht | 2.61662% | 1.6690% |
| Moshe Bodner | 2.58620% | 1.8750% |
| Aaron Bodner | 2.58621% | 1.8750% |
| Eliezer Bodner | 2.58621% | 1.8750% |
| Tzipporah Rottenberg | 2.58621% | 1.8750% |
| Rochel Fromowitz | 2.58621% | 1.8750% |
| Yissochar Bodner | 2.58621% | 1.8750% |
| Yaakov Bodner | 2.58621% | 1.8750% |
| Mordechai Bodner | 2.58621% | 1.8750% |
| Jessica G. Beren | 4.13793% | 3.0000% |
| Rachel M. Jacobs | 4.13793% | 3.0000% |
| Alexander J. Huberfeld | 4.13793% | 3.0000% |
| Ariella D. Huberfeld | 4.13794% | 3.0000% |
| Jacob E. Huberfeld | 4.13794% | 3.0000% |
| David I Levy | 6.89654% | 5.0000% |
| Total | 100.00000% | 100.0000% |

TEXDEPEX000696



TEXDEPEX000697

## Common Equity Ownership in Beechwood Re Holdings, Inc.

Beechwood Re Holdings, Inc. holds 100% of the capital stock of Beechwood Re

| As of February 01, 2016 | Common Shares (Voting) | Common Shares (Non-Voting) | Warrants for Non-Voting Common Shares | Individual beneficiary of family trust | Trustee of family trust |
|---|---|---|---|---|---|
| David I Levy Beechwood Trust | 5000 | 6120 | 0 | David I Levy | Brad D. Shalit, Esq. |
| Taylor-Lau Family Trust | 16680 | 0 | 20387 | Scott Taylor | Brad D. Shalit, Esq. |
| Feuer Family Trust | 33360 | 0 | 40773 | Mark Feuer | Brad D. Shalit, Esq. |
| Beechwood Trust No. 1 | 0 | 5560 | 0 | Rachel Goldie Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 2 | 0 | 5560 | 0 | Noah Morris Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 3 | 0 | 5560 | 0 | Emma Bailey Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 4 | 0 | 5560 | 0 | Sarah Paulina Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 5 | 0 | 5560 | 0 | Jack Henry Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 6 | 0 | 5560 | 0 | Ava Ruth Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 7 | 0 | 4170 | 0 | Moshe Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 8 | 0 | 4170 | 0 | Aaron Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 9 | 0 | 4170 | 0 | Eliezer Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 10 | 0 | 4170 | 0 | Tzipporah Rottenberg | Brad D. Shalit, Esq. |
| Beechwood Trust No. 11 | 0 | 4170 | 0 | Rochel Fromowitz | Brad D. Shalit, Esq. |
| Beechwood Trust No. 12 | 0 | 4170 | 0 | Yissochar Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 13 | 0 | 4170 | 0 | Yaakov Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 14 | 0 | 4170 | 0 | Mordechai Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 15 | 0 | 6672 | 0 | Jessica G. Beren | Brad D. Shalit, Esq. |
| Beechwood Trust No. 16 | 0 | 6672 | 0 | Rachel M. Jacobs | Brad D. Shalit, Esq. |
| Beechwood Trust No. 17 | 0 | 6672 | 0 | Alexander J. Huberfeld | Brad D. Shalit, Esq. |
| Beechwood Trust No. 18 | 0 | 6672 | 0 | Ariella D. Huberfeld | Brad D. Shalit, Esq. |
| Beechwood Trust No. 19 | 0 | 6672 | 0 | Jacob E. Huberfeld | Brad D. Shalit, Esq. |
| Kerry Propper |  | 1633 | 613 |  |  |
| Total | 55040 | 107833 | 61773 |  |  |

| Holder | Non-Voting Preferred Stock (4% pa Dividend) |
|---|---|
| Beechwood Re Investments, LLC - Series A | 4000 |
| Beechwood Re Investments, LLC - Series E | 2200 |
| Total | 6,200 |

TEXDEPEX000698



TEXDEPEX000699

### Common Equity Ownership in Beechwood Bermuda Ltd.

Beechwood Bermuda Ltd. holds 100% of the capital stock of Beechwood Bermuda Int'l Ltd.

| As of February 01, 2016 | Common Shares (voting) | Common Shares (voting and non-voting) | Warrants for Common Shares | Individual beneficiary of family trust | Trustee |
|---|---|---|---|---|---|
| David I Levy Beechwood Trust* | 950 | 5878 | 0 | David I Levy | Brad D. Shalit, Esq. |
| Taylor-Lau Family Trust | 950 | 9291 | 12519 | Scott Taylor | Brad D. Shalit, Esq. |
| Feuer Family Trust | 950 | 19533 | 25037 | Mark Feuer | Brad D. Shalit, Esq. |
| Beechwood Trust No. 1 | 0 | 3413 | 0 | Rachel Goldie Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 2 | 0 | 3414 | 0 | Noah Morris Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 3 | 0 | 3414 | 0 | Emma Bailey Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 4 | 0 | 3414 | 0 | Sarah Paulina Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 5 | 0 | 3414 | 0 | Jack Henry Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 6 | 0 | 3414 | 0 | Ava Ruth Nordlicht | Brad D. Shalit, Esq. |
| Beechwood Trust No. 7 | 559 | 2001 | 0 | Moshe Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 8 | 559 | 2001 | 0 | Aaron Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 9 | 559 | 2001 | 0 | Eliezer Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 10 | 559 | 2001 | 0 | Tzipporah Rottenberg | Brad D. Shalit, Esq. |
| Beechwood Trust No. 11 | 559 | 2001 | 0 | Rochel Fromowitz | Brad D. Shalit, Esq. |
| Beechwood Trust No. 12 | 559 | 2001 | 0 | Yissochar Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 13 | 558 | 2002 | 0 | Yaakov Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 14 | 558 | 2002 | 0 | Mordechai Bodner | Brad D. Shalit, Esq. |
| Beechwood Trust No. 15 | 893 | 3204 | 0 | Jessica G. Beren | Brad D. Shalit, Esq. |
| Beechwood Trust No. 16 | 893 | 3204 | 0 | Rachel M. Jacobs | Brad D. Shalit, Esq. |
| Beechwood Trust No. 17 | 894 | 3203 | 0 | Alexander J. Huberfeld | Brad D. Shalit, Esq. |
| Beechwood Trust No. 18 | 0 | 4097 | 0 | Ariella D. Huberfeld | Brad D. Shalit, Esq. |
| Beechwood Trust No. 19 | 0 | 4097 | 0 | Jacob E. Huberfeld | Brad D. Shalit, Esq. |
| Kerry Propper | | 1000 | 383 | | |
| Total | 10000 | 90000 | 37939 | | |

| Holder | Non-Voting Preferred Stock (4% pa Dividend) |
|---|---|
| Beechwood Re Investments, LLC - Class D | 39248129.42 |
| Beechwood Re Investments, LLC - Class E | 2000000 |
| Beechwood Re Investments, LLC - Class F | 6751163.55 |
| Total | 47999292.97 |

TEXDEPEX000700