
Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

November 15, 2022

<u>**VIA CM/ECF**</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>*United States v. David Levy*</u>, No. 1:16-cr-00640-BMC

Dear Judge Cogan:

    We represent David Levy in the above-referenced matter. We write with the consent of counsel for Mr. Nordlicht and Mr. Small to request a modest change to the date for the hearing on the issue of "Loss," currently scheduled for January 5, 2023, at 10am.

    I have a personal conflict on January 5th that will have me out of the New York area. In light of that recent development, I have conferred with all parties in the case, and I understand that all counsel and clients are available any time on January 18, 19 or 20. I therefore respectfully request that the date be changed to one of those dates if the Court is available. Despite its availability, the government asked that I note its objection to the requested change.

    Respectfully submitted,

    WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

    <u>s/ *Michael S. Sommer*</u>
    Michael S. Sommer

    *Counsel for Defendant David Levy*

cc:    All Counsel of Record (via CM/ECF)