# WILSON SONSINI
Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 212.999.5899

February 14, 2023

<u>VIA CM/ECF</u>

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>*United States v. Mark Nordlicht and David Levy*</u>
              No. 1:16-cr-00640-BMC

Dear Judge Cogan:

    We represent David Levy in the above-referenced matter, and write on his behalf and on behalf of Mr. Nordlicht and the Government to provide the Court with alternative dates for the loss hearing when all counsel are available. Mr. Levy and his counsel are not available on March 10th, the date just fixed by the Court, due to previously scheduled commitments.

    Counsel for Mr. Levy, Mr. Nordlicht and the Government are all available on the following dates (and times) and very much hope that the Court can accommodate one of them for the loss hearing:

    March 7:    morning
    March 14:    afternoon
    March 15:    afternoon
    March 16:    morning

              Respectfully submitted,

              WILSON SONSINI GOODRICH & ROSATI
              Professional Corporation

              s/ *Michael S. Sommer*
              Michael S. Sommer

              *Counsel for Defendant David Levy*

cc:    All Counsel of Record (via CM/ECF)

AUSTIN    BEIJING    BOSTON    BOULDER    BRUSSELS    HONG KONG    LONDON    LOS ANGELES    NEW YORK    PALO ALTO
SALT LAKE CITY    SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, DC    WILMINGTON, DE