# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
__Eastern__ District of __New York__

**UNITED STATES OF AMERICA**

- against -

**David Levy,**

**Defendant.**

Docket Number  __16-CR-640 (BMC)__

__The Honorable Brian M. Cogan__
(District Court Judge)

Notice is hereby given that __the United States of America__ appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment ____ ; Order __x__ ; Other ____ ; __granting motions for acquittal and new trial__
(specify)

entered in this action on __July 12, 2023__.
(specify)

Offense occurred after November 1, 1987  Yes __X__   No ____.

The appeal concerns:  __order granting motions for judgment of acquittal and new trial__.

Date __August 11, 2023__                    __Nick M. Axelrod, AUSA__
(Counsel for Appellant)

TO:  Michael Sommer, Esq.                Address:  United States Attorney's Office - EDNY
     Wilson Sonsini Goodrich & Rosati, P.C.          271-A Cadman Plaza East
     1301 Avenue of the Americas, 40th Floor         Brooklyn, New York, 11201
     New York, New York 10019                        Telephone Number:  718-254-6883
     (212) 497-7728                                  E-Mail: nicholas.axelrod@usdoj.gov
     msommer@wsgr.com

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ____ I am ordering a transcript.<br>__X__ I am not ordering a transcript.<br>Reason:<br>____ Daily copy is available<br>__X__ U.S. Attorney has placed order<br>____ Other. Attach explanation | Dates<br>Prepare transcript of<br>____ Pre-trial proceedings _____<br>____ Trial _____<br>____ Sentence _____<br>____ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ▶ Method of payment ___ Funds ___ CJA Form 24 _X_ U.S. Attorney's Office Will Pay

ATTORNEY'S signature       /s/                    Date **August 11, 2023**

▶ COURT REPORTER ACKNOWLEDGMENT     To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____          Signature _____
                               (Court Reporter)

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002