

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 866.974.7329

January 3, 2024

**VIA CM/ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**  ***United States v. David Levy***
       **No. 1:16-cr-00640-BMC**

Dear Judge Cogan:

   Your Honor has moved the sentencing of Mr. Levy from 9:30 am to 1:30pm on January 9, 2024.  I scheduled an important medical appointment for that afternoon based on the morning sentencing scheduled for that day.  I very much wish not to be the cause of an adjournment of Mr. Levy's sentence, so if there is any way to maintain the original 9:30 sentencing time, or any other time that morning prior to 11:30 am, I would very much appreciate it.

       Respectfully submitted,

       WILSON SONSINI GOODRICH & ROSATI
       Professional Corporation

       s/ *Michael S. Sommer*
       Michael S. Sommer

       *Counsel for Defendant David Levy*

cc:  All Counsel of Record (via CM/ECF)