**Criminal Notice of Appeal - Form A**

1) ate 1/17/24

# NOTICE OF APPEAL

**United States District Court**

REC'D IN PRO SE OFFICE
JAN 17 '24 PM2:01

Eastern _____ District of New York _____

ORIGINAL

Caption:

United States _____ v.

Nordlicht et al. _____

Docket No.: 1:16-cr-00640-BMC _____
Hon. Brian M. Cogan _____
(District Court Judge)

Notice is hereby given that David Levy _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✔ , other |  _____
(specify)

entered in this action on January 11, 2024 .
(date)

This appeal concerns: Conviction only | ✔   Sentence only |___|   Conviction & Sentence |___   Other |___

Defendant found guilty by plea |   | trial | ✔ | N/A | .

Offense occurred after November 1, 1987? Yes | ✔  No |   N/A |___

Date of sentence: January 10, 2024 _____ N/A |___|

Bail/Jail Disposition: Committed |___   Not committed | ✔   N/A |

Appellant is represented by counsel? Yes   | No | ✔   If yes, provide the following information:

Defendant's Counsel: _____

Counsel's Address: _____
_____

Counsel's Phone: _____

Assistant U.S. Attorney: _____

AUSA's Address: _____
_____

AUSA's Phone: _____

_____
Signature