# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
__Eastern__ District of __New York__

**UNITED STATES OF AMERICA**

- against -

**DAVID LEVY,**

       **Defendant.**

Docket Number __16-CR-640 (BMC)__

__The Honorable Brian M. Cogan__
(District Court Judge)

Notice is hereby given that _____the United States of America_____

appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment __X__ ; Order __X__ ; Other _____ ; __Judgment (ECF No. 1034) and Order on Loss Calculation (ECF No. 1005)__
(specify)

entered in this action on _____July 18, 2023, January 11, 2024_____.
(specify)

Offense occurred after November 1, 1987   Yes __X__   No _____.

The appeal concerns: _____Sentencing_____

Date __February 9, 2024__

__Nick M. Axelrod, AUSA__
(Counsel for Appellant)

TO:   Michael S. Sommer
     Morris J. Fodeman
     Wilson Sonsini Goodrich & Rosati PC
     1301 Avenue of the Americas, 40th Fl.
     New York, NY 10036
     212-257-4040
     Email: msommer@wsgr.com

Address:   United States Attorney's Office - EDNY
271-A Cadman Plaza East
Brooklyn, New York, 11201
Telephone Number:   718-254-6883
E-Mail: nicholas.axelrod@usdoj.gov

ADD ADDITIONAL PAGE IF NECESSARY

---

**(TO BE COMPLETED BY ATTORNEY)**

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ____ I am ordering a transcript.<br>_X_ I am not ordering a transcript.<br>**Reason:**<br>____ Daily copy is available<br>_X_ U.S. Attorney has placed order<br>____ Other. Attach explanation | **Dates**<br>**Prepare transcript of**<br>____ Pre-trial proceedings _____<br>____ Trial _____<br>____ Sentence _____<br>____ Post-trial proceedings _____ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))  ▶ Method of payment ___ Funds ___ CJA Form 24 _X_ U.S. Attorney's Office Will Pay

ATTORNEY'S signature   /s/ Nick M. Axelrod            Date **February 9, 2024**

---

▶ **COURT REPORTER ACKNOWLEDGMENT**   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____  Signature _____
                                               **(Court Reporter)**

**COPY1 - ORIGINAL**

*U.S. GPO: 2001-611-552/60002